IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WBI ENERGY TRANSMISSION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUBSURFACE EASEMENTS FOR THE STORAGE OF NATURAL GAS IN THE JUDITH RIVER SUBTERRANEAN GEOLOGICAL FORMATION, et al., <br><br> Defendants. | CV 18-88-BLG-SPW-TJC <br><br> **ORDER** |

Plaintiff moves for the admission of Nicolle R. Snyder Bagnell to practice before this Court in this case with Harlan B. Krogh to act as local counsel. Ms. Bagnell's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Nicolle R. Snyder Bagnell pro hac vice is GRANTED on the condition that Ms. Bagnell shall do her own work. This means that Ms. Bagnell must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Bagnell may move for the

admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Bagnell.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Bagnell, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 4th day of September, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge