IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUL 3 1 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| WBI ENERGY TRANSMISSION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUBSURFACE EASEMENTS FOR THE STORAGE OF NATURAL GAS IN THE JUDITH RIVER SUBTERRANEAN GEOLOGICAL FORMATIN, et al., <br><br> Defendants. | CV 18-88-BLG-SPW <br><br> ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on July 8, 2019. (Doc. 71). The Magistrate recommended the Court grant Plaintiff WBI Energy's motion to strike and/or dismiss. (Doc. 71 at 11).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

1

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 71) are ADOPTED IN FULL.

IT IS FURTHER ORDERED WBI Energy's motion to strike and/or dismiss (Doc. 37) is granted.

IT IS FURTHER ORDERED Angela K. Heiser and Kelly J. Heiser's Answer and Counterclaim is struck and the remaining Counterclaim Landowners' counterclaims are dismissed without prejudice.

DATED this 20th day of July, 2019.

_____
SUSAN P. WATTERS
United States District Judge