IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WBI ENERGY TRANSMISSION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUBSURFACE EASEMENTS FOR THE STORAGE OF NATURAL GAS IN THE JUDITH RIVER SUBTERRANEAN GEOLOGICAL FORMATION, et al., <br><br> Defendants. | CV 18-88-BLG-SPW-TJC <br><br> **ORDER** |

The Court held a telephonic Status Conference on August 19, 2019.

Following discussion with counsel, IT IS HEREBY ORDERED that:

1. Plaintiffs' unopposed motion to continue pretrial deadlines (Doc. 73) is GRANTED. The Scheduling Order is amended as follows:

      Discovery Deadline: **December 2, 2019**

      Motions Deadline: **January 17, 2020**

2. Plaintiffs' motion to exclude any untimely expert witnesses (Doc. 69) is GRANTED.

DATED this 19th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1