IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WBI ENERGY TRANSMISSION, INC., <br><br>              Plaintiff, <br><br> vs. <br><br> SUBSURFACE EASEMENTS FOR THE STORAGE OF NATURAL GAS IN THE JUDITH RIVER SUBTERRANEAN GEOLOGICAL FORMATION, et al., <br><br>              Defendants. | CV 18-88-BLG-SPW-TJC <br><br> **FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

Plaintiff WBI Energy Transmission, Inc. ("WBI") brings this action for condemnation under the Natural Gas Act, 15 U.S.C. § 717-717z, to acquire natural gas storage easements in the Cedar Creek (Baker) Storage Field ("Baker Storage Field").  (Doc. 1.)

Presently before the Court are WBI's Motion for Summary Judgment as to the Non-Participating Landowners[1] (Doc. 84); Motion for Summary Judgment as to Defendants Carl Overland and Wanda Brown[2] (Doc. 86); and Motion for

---

[1] The Non-Participating Landowners and the properties subject to condemnation are identified in Exhibit 1 to the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment (Doc. 85-1), and are appended to this Order.
[2] Carl Overland and Wanda Brown and their properties subject to condemnation are identified in Exhibit 1 to the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment (Doc. 87-1), and are appended to this Order.

1

Summary Judgment as to the Counterclaim Landowners[3] (Doc. 89).  The motions have been referred to the undersigned under 28 U.S.C. § 636(b)(1)(B), and are ripe for the Court's review.  (Docs. 85, 87, 90.)

Having considered the parties' submissions, the Court **RECOMMENDS** all three of WBI's motions for summary judgment be **GRANTED**.

## I.    BACKGROUND[4]

The Baker Storage Field is located in Fallon County, Montana, and has been continuously operated as a federally certified natural gas storage field since the 1940's.  The Federal Power Commission, the predecessor to the Federal Energy Regulatory Commission ("FERC"), originally certified the Baker Storage Field and determined that its operation was a matter of public convenience and necessity in 1946.  In 1985, the FERC issued WBI a Certificate of Public Convenience and Necessity to operate the natural gas facilities at the Baker Storage Field.  At that time, WBI obtained rights to operate the Baker Storage Field from the fee and mineral rights owners of the properties included in the storage field.[5]

---

[3] The Counterclaim Landowners and the properties subject to condemnation are identified in Exhibit 1 to the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment (Doc. 90-1), and are appended to this Order.

[4] The background facts set forth here are relevant to the Court's determination of the pending motions and are taken from WBI's undisputed submissions.

[5] WBI obtained certain rights by agreement and certain rights by a previously-filed condemnation action in this Court.  *See Williston Basin Interstate Pipeline Co. v. An exclusive gas storage leasehold in the Judith River Subterranean Geological Formation*, No. CV-86-129-BLG-JFB (D. Mont. 1986).  Williston Basin Interstate

In 2011, however, the Montana Supreme Court held that the surface owner owns the pore space and rights to subsurface storage of natural gas.  *See Burlington Res. Oil & Gas Co. v. Lang and Sons Inc.*, 259 P.3d 766 (Mont. 2011).  Due to the change in the law, WBI began working to acquire subsurface storage easements from the surface owners of the properties in the Baker Storage Field.  WBI reports that it was able to acquire 99% of the easements by agreement.  For the remaining properties, WBI filed this action to condemn the natural gas storage easements. (Doc. 1.)

After the Complaint was filed, several of the Defendants executed storage easements with WBI and have been dismissed from the case.  (*See* Docs. 13, 17, 24, 31, 57, 60, 67, 68, 72, 77, 83.)  Of the remaining Defendants, 137 have not responded to the Complaint or otherwise participated in this litigation (the "Non-Participating Landowners"); 2 responded to the Complaint *pro se*, but have not participated further ("Overland" and "Brown"); and 11 are represented by counsel and filed an Answer and Counterclaim (the "Counterclaim Landowners").[6]  The Counterclaim Defendants appeared for deposition, and responded to discovery. They did not, however, submit any expert witness disclosures or identify any expert witness testimony related to just compensation for the storage easements.

Pipeline Company was renamed WBI Energy Transmission, Inc. on July 1, 2012.
[6] The Counterclaim was dismissed on July 31, 2019.  (Doc. 76.)

The Court previously granted WBI's motion to exclude any untimely expert witnesses.  (Doc. 82.)

WBI now moves for summary judgment as to the Non-Participating Landowners, Defendants Overland and Brown, and the Counterclaim Landowners. (Docs. 84, 86, 89.)  None of the Defendants have responded to the motions, and time for doing so has now expired.

## II.    DISCUSSION

### A.    Legal Standard

Summary judgment is appropriate where the moving party demonstrates the absence of a genuine issue of material fact and entitlement to judgment as a matter of law.  *See* Fed. R. Civ. P. 56(c); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986).  The party seeking summary judgment always bears the initial burden of establishing the absence of a genuine issue of material fact.  *Celotex*, 477 U.S. at 323.  The moving party can satisfy this burden in two ways: (1) by presenting evidence that negates an essential element of the nonmoving party's case; or (2) by demonstrating that the nonmoving party failed to make a showing sufficient to establish an element essential to that party's case on which that party will bear the burden of proof at trial.  *Id.* at 322-23.  If the moving party meets its initial responsibility, the burden then shifts to the opposing party to establish that a

genuine issue as to any material fact actually does exist.  *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 586 (1986).

### B.     WBI's Authority to Condemn Natural Gas Storage Easements

 Section 717f(h) of the Natural Gas Act permits the condemnation of surface and subsurface interests for the storage of natural gas.  15 U.S.C. § 717f(h); *Columbia Gas Transmission Corp. v. An Exclusive Gas Storage Easement*, 578 F.Supp. 930, 933-34 (N.D. Ohio 1984) ("[A] holder of a certificate of public convenience and necessity may invoke the power of eminent domain to obtain an easement to store natural gas in underground storage facilities.").  To condemn a property interest under the Natural Gas Act, the condemning party must demonstrate: "(1) that it holds a FERC certificate authorizing the relevant project, (2) that the land to be taken is necessary to the project; and (3) that the company and the landowners have failed to agree on a price for the taking . . . [and] that it engaged in good faith negotiations with the landowner."  *Transwestern Pipeline Co. v. 17.19 Acres of Property*, 550 F.3d 770, 776 (9th Cir. 2008) citing *Nat'l Fuel Gas Supply Corp. v. 138 Acres of Land*, 84 F.Supp.2d 405, 416 (W.D.N.Y. 2000).

Here, the undisputed evidence shows WBI has established all three elements.  First, the Federal Power Commission (the predecessor to FERC), issued a Certificate of Public Convenience and Necessity for the Baker Storage Field, which WBI holds.  (Docs. 85-2; 87-2; 90-2.)  Second, by issuing the Certificate of

Public Conveyance and Necessity, FERC determined the Defendants' property interests are necessary to the operation of the Baker Storage Field.  FERC's finding is treated as conclusive.  *See Kansas Pipeline Co. v. 200 Foot by 250 Foot Piece of Land*, 210 F.Supp.2d 1253, 1256 (D. Kan. 2002) ("Once the holder of a FERC certificate of public conveyance and necessity asks a district court to enforce its right to condemn, the findings in the FERC certificate are treated as conclusive.").

Third, this lawsuit demonstrates that WBI and the Defendants have been unable to agree on the amount of just compensation.  The record reflects WBI attempted to settle with all the surface owners of properties in the Baker Storage Field, and in fact settled with the majority of them.  WBI avers that it has successfully acquired 99% of the acreage of the subsurface storage easements by agreement.  (*See* Docs. 85-4; 87-4; 90-4.)  As for the remaining properties at issue here, WBI was unable to reach an agreement with the landowners.

Further, none of the Defendants have challenged WBI's authority to condemn the storage easements at issue.  Federal Rule of Civil Procedure 71.1(e) provides that any defendant who has an objection or defense to a condemnation claim must file an answer within 21 days of service.  Fed. R. Civ. P. 71.1(e)(2).  Any defendant who fails to answer, waives the right to challenge the condemnation, and may only contest the amount of just compensation.  Fed. R. Civ. P. 71.1(e)(3).  *See e.g. ANR Pipeline Co. v. 11.66 Acres of Land*, 2006 WL

6

1277913, *1 (E.D. Wis. May 5, 2006) ("By failing to answer the complaint within the required time, the [defendant] has waived any right it may have to contest the condemnation.").

Here, the Non-Participating Landowners did not file answers or otherwise respond to the Complaint.  As such, they have waived the right to object to WBI's authority to condemn the storage easements.  Overland, Brown, and the Counterclaim Landowners did respond to the Complaint.  (Docs. 10, 15, and 23.) But they have not responded to WBI's motions for summary judgment, or otherwise raised any genuine issue of material fact as to WBI's authority to condemn the natural gas storage easements underlying their properties.

Accordingly, WBI has the legal authority under the Natural Gas Act to condemn the property interests owned by the Non-Participating Landowners, Overland and Brown, and the Counterclaim Landowners that are necessary to operate the Baker Storage Field.

### C.    Just Compensation

"Just compensation under the fifth amendment means the market value of the property at the time of the taking."  *United States v. 156.81 Acres of Land*, 671 F.2d 336, 339 (9th Cir. 1982.)  In partial takings, such as in this case, "just compensation is measured by the difference between the market value of the entire holding immediately before the taking and the remaining market value

immediately thereafter of the portion of property rights not taken." *United States v. 68.94 Acres of Land*, 918 F.2d 389, 393 n.3 (3d. Cir. 1990).

"[I]t is well established that the landowner has the burden of establishing the fair market value of the property subject to condemnation." *United States v. 174.12 Acres of Land*, 671 F.2d 313, 314 (9th Cir. 1982). *See also U. S. ex rel. and for Use of Tennessee Valley Auth. v. Powelson*, 319 U.S. 266, 273 (1943). Where the landowner fails to meet their burden, summary judgment against them is appropriate. *See e.g. Williston Basin Interstate Pipeline Co. v. Property Interests*, CV-09-167-BLG-RFC, Docket No. 98 (D. Mont. April 21, 2011); *Millennium Pipeline Co. v. Certain Permanent and Temporary Easements*, 919 F.Supp.2d 297, 300 (W.D. N.Y. 2013); *Columbia Gas Transmission, LLC v. An Easement*, 2017 WL 1355418, *6 (W.D. Pa. April 13, 2017); *Hardy Storage Co. v. An Easement*, 2009 WL 900157, *3 (N.D. W. Va. March 31, 2009).

### a.    The Non-Participating Landowners

Here, the Non-participating Landowners have not responded to the Complaint, WBI' motion for summary judgment, or otherwise participated in this litigation. They did not respond to WBI's discovery requests and have not produced any evidence to demonstrate the amount of just compensation owed. As such, the Non-Participating Landowners have not raised a genuine issue of material fact regarding just compensation.

### b.   Overland and Brown

Overland and Brown did respond to the Complaint, but have not further participated in this litigation.  In their Answers, Overland and Brown indicated they believe the value of the property interests WBI seeks to condemn exceed $200.00.  (Docs. 10, 15.)  Federal courts generally allow landowners to testify as to the value of their property.  *See United States v. 10,031.98 Acres of Land*, 850 F.2d 634, 636 (10th Cir. 1988); *United States v. 329.73 Acres of Land*, 666 F.2d 281, 284 (5th Cir. 1982); *United States v. 12.94 Acres of Land*, 2009 WL 4828749, *7 (E.D. Cal. Dec. 9, 2009).  However, a landowner's valuation "cannot be based on naked conjecture or solely speculative factors."  *King v. Ames*, 179 F.3d 370, 376 (5th Cir. 1999).  "At a minimum, [the landowner] must offer specific facts that translate into a reduced market value for the property."  *Southeast Supply Header, LLC v. 47.75 Acres in Covington Cty.*, 2008 WL 553019, *2 (S.D. Miss. Feb. 27, 2008).

Neither Overland nor Brown's Answers to the Complaint provide any opinions or information relevant to establish fair market value beyond mere speculation.  Overland stated in his response that he does not believe he should "have to sign over or give up any part of my properties for a business to occupy and store commodities for any period of time let alone a lifetime for $200." (Doc. 10.)  Brown indicated she agrees with Overland, and stated in her response that she

believes the value of the property exceeds $3,000.00.  (Doc. 15 at 1.)  But Brown

does not provide any facts or other information to justify her opinion as to the

value of the property.  As such, Overland and Brown's Answers are insufficient to

meet their burden to demonstrate just compensation.

Further, Overland and Brown did not respond to WBI's discovery requests,

oppose WBI's motion for summary judgment, or present any other evidence of fair

market value.  WBI served written discovery requests on Overland and Brown on

January 7, 2019, which included Requests for Admission.  (Doc. 87-5.)  The

Requests for Admission asked Overland and Brown to admit, among other things,

that "the condemnation of the Storage Easements has no impact on the fair market

value of your property[.]"  (*Id.* at 10, 30.)  Because Overland and Brown did not

respond, the Requests for Admission are deemed admitted and conclusively

establish that WBI's condemnation has no impact on the fair market value of their

property interests.  Fed. R. Civ. P. 36(a)(3) and (b); *Williston Basin Interstate*

*Pipeline*, CV-09-167-BLG-RFC, Docket No. 98 at 2-3.  Accordingly, there is no

genuine issue of material fact regarding just compensation due to Overland and

Brown.

### c.    The Counterclaim Landowners

The Counterclaim Landowners responded to the Complaint, answered

written discovery and were deposed.  They did not, however, oppose WBI's

motion for summary judgment, and have not produced any expert evidence on just compensation.

In response to WBI's interrogatories requesting the Counterclaim Landowners to identify the diminution in the fair market value of their properties and the just compensation they are owed, the Counterclaim Landowners stated "[t]he determination of loss has not yet been calculated. The Defendants have contacted an expert to assist in the determination of the impact and will supplement this response." (Doc. 90-5 at 4.) They also stated that '[n]o final determination of just compensation has been made to date. This response will be supplemented following a final determination by expert witnesses retained herein by the Defendants." (*Id.* at 10.) But the Counterclaim Landowners never served any supplemental discovery responses.

The Counterclaim Landowners also never disclosed any experts related to fair market value or just compensation. Typically, the landowner proves just compensation by "producing competent expert testimony as to the land's value before and after the taking." *Millennium Pipeline Co.*, 919 F.Supp.2d at 299. Here, despite indicating they would present expert evidence, the Counterclaim Landowners failed to produce any expert evidence to meet their burden of proof on just compensation.

Further, although the Counterclaim Landowners were deposed, they each testified that either they did not know, or did not have an opinion, as to the diminution in fair market value of their property as a result of WBI's partial taking. (Doc. 90-6 at 5, 13, 20, 30-31, 39, 44, 49-50, 65-66, 91, 111.)  As such, their testimony is insufficient to raise a genuine issue of material fact.  *See Columbia Gas Transmission, LLC v. An Easement*, 2017 WL 1355418 at *6 (holding that landowner's testimony did not create a genuine issue of fact where she admitted in her deposition she had no opinion on the diminution of fair market value of the condemned property before and after an easement).

Accordingly, there is no genuine issue of material fact as to the just compensation owed to the Counterclaim Landowners.

### d.   Nominal Damages are Appropriate

In light of the fact the landowners have failed to produce any evidence of the amount of just compensation due, the Court finds nominal damages of $1.00 for each Defendant is appropriate.  This Court has previously awarded nominal damages for subsurface storage easements where, as here, the landowners failed to meet their burden to show evidence of just compensation.  *Williston Basin Interstate Pipeline*, CV-09-167-BLG-RFC, Docket No. 98 at 6 (awarding nominal damages in the amount of $1.00 as just compensation).

An award of nominal damages is also consistent with the valuation evidence presented by WBI.  The Court may consider evidence of value offered by the condemning party in determining just compensation where the landowner does not present any evidence of fair market value.  *See Millennium Pipeline Co.*, 919 F.Supp.2d at 302 ("[P]laintiff has offered no competent, admissible proof demonstrating the existence of any genuine issues of material fact as to the just compensation owed him in connection with the easement at issue in this case.  The Court therefore accepts the conclusion of Millennium's expert witness[.]"); *Hardy Storage*, 2009 WL 900157 at *6 (accepting the just compensation value from the plaintiff's expert because the property owner did not produce evidence of the amount of just compensation); *Rockies Express Pipeline, LLC v. Burtle*, 492 F. App'x 666, 671 (7th Cir. 2012) (holding district court did not err in awarding the compensation amounts determined by the plaintiff's expert where the landowner presented no competing evidence as to valuation).

Here, WBI's expert, Norman H. Lee, testified that there was no diminution in the fair market value of the landowners' properties as a result of the condemnation.  (Doc. 85-6).  Specifically, with regard to the properties of Overland, Brown, and the Counterclaim Landowners, WBI submitted appraisals which show there was "Zero" change in market value of the subject properties

13

before and after the easements.  (Docs. 87-8; 87-9; 90-7; 90-8; 90-9; 90-10; 90-11; 90-12; 90-13; 90-14 and 90-15.)

Accordingly, the Court recommends that nominal damages be awarded in the amount of $1.00 to each landowner identified in the Appendix to this Order as just compensation for the property interests condemned by WBI.[7]

## III.   CONCLUSION

Based on the foregoing, **IT IS RECOMMENDED** that:

1.      WBI's Motion for Summary Judgment as to the Non-Participating Landowners (Doc. 84) be **GRANTED**;

2.      WBI's Motion for Summary Judgment as to Defendants Carl Overland and Wanda Brown (Doc. 86) be **GRANTED**; and

3.      WBI's Motion for Summary Judgment as to the Counterclaim Landowners (Doc. 89) be **GRANTED**.

**NOW, THEREFORE, IT IS ORDERED** that the Clerk shall serve a copy of the Findings and Recommendations of United States Magistrate Judge upon the

---

[7] When the Court recommended dismissal of the Counterclaim, it indicated that to the extent the Counterclaim Landowners were disputing the date of the taking, the issue could be resolved when the amount of just compensation was determined. (Doc. 71 at 10, n. 4.)  But by failing to respond to WBI's motion for summary judgment, the Counterclaim Landowners have effectively waived the issue. Moreover, because the Court has determined that Defendants are only entitled to nominal damages, the date of the taking is irrelevant for purposes of determining just compensation in this condemnation action.

parties.  The parties are advised that pursuant to 28 U.S.C. § 636, any objections to the findings and recommendations must be filed with the Clerk of Court and copies served on opposing counsel within fourteen (14) days after service hereof, or objection is waived.

**IT IS ORDERED**.

DATED this 6th day of July, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

# APPENDIX

Non-Participating Landowners

| Landowner | Township | Range | Section | Total Acreage | Location | Legal Description | Exhibit D from Complaint - Page Number |
|---|---|---|---|---|---|---|---|
| A & T Properties, LLC | 7N | 59E | 12 | 0.145 | Fallon County, MT | Lots 1 and 2, Block 4, Baker Original Townsite to the City of Baker, Fallon County, LESS that portion thereof as recorded in Book 25 Deeds, page 521, records of Fallon County, Montana, described as follows:  A tract of land situated in Lots 1 and2, Block 4, Original Townsite to City of Baker, Fallon County, Montana, and more particularly described as follows, to wit:  COMMENCING at the SE corner of Lot 2 and running thence west along the south line of said Lot 2 a distance of 81 feet; thence due north a distance of 26 feet; thence in an easterly direction to the north line of Lot 1 to a point 15 feet north of the SE corner of said Lot 2; thence south to the place of beginning. | D-001 - D-003 |
| Curtis Arnell and Tamera Arnell | 7N | 59E | 13 | 0.363 | Fallon County, MT | Lot 1, Tract 2A, Ernest Bechtold Subdivision of the County of Fallon, according to the Amended Plat thereof (107 Misc., Document No 41728) on file in the office of the Fallon County Clerk and Recorder. | D-010 - D-012 |
| Murray Bruce Babbitt and Polly Rae Babbitt | 7N | 59E | 13 | 0.45 | Fallon County, MT | Lot 7AP, Block 11, Hitch Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-013 - D-015 |
| William L. Bagley | 7N | 59E | 13 | 0.44 | Fallon County, MT | Lots 8 and 9, Block 3, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-016 - D-018 |
| Beatrice Barkley | 7N | 59E | 13 | 0.24 | Fallon County, MT | East Half of the South Half of Lot 3 and the East Half of Lot 4, Block 5, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-019 - D-021 |
| James Joseph Becker (1/2) | 7N | 59E | 12 | 4.8 | Fallon County, MT | A tract of land in the S1/2NW1/4 of Section 12, Township 7 North, Range 59 East of MPM and described as follows:  the W1/2 of the Virgil Abbott Tract No. 1 according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder as recorded in Book 48 of Deeds Page 322; and the W1/2 of the Virgil Abbot Tract No. 2 according to the official plat thereof as recorded in the Office of Fallon County Clerk and Recorder | D-025 - D-027 |
| Thomas Leo Becker(1/2) | 7N | 59E | 12 | 4.8 | Fallon County, MT | A tract of land in the S1/2NW1/4 of Section 12, Township 7 North, Range 59 East of MPM and described as follows:  the W1/2 of the Virgil Abbott Tract No. 1 according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder as recorded in Book 48 of Deeds Page 322; and the W1/2 of the Virgil Abbot Tract No. 2 according to the official plat thereof as recorded in the Office of Fallon County Clerk and Recorder | D-025 - D-027 |
| James Benedict | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 4, Block 25, Milwaukee Land Company's Second Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-028 - D-030 |
| Wayne Bennett and Robin Bennett | 7N | 59E | 13 | 0.58 | Fallon County, MT | Lots 5 and 6, Block 1, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-031 - D-033 |
| Liliana Bondell | 7N | 59E | 13 | 0.49 | Fallon County, MT | Lots 7 and 8, Block 2, Lakeside Addition, to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-042 - D-044 |
| Sheila Bondell | 7N | 59E | 13 | 0.196 | Fallon County, MT | Lot 1, Block 6, Hitch Third Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-045 - D-047 |
| Kristin Bowers | 7N | 59E | 13 | 0.38 | Fallon County, MT | The south 118.43 feet of Block 12, Hitch Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-048 - D-050 |
| Darold O. Brown and Juliet G Brown as Co-Trustees of the Darold O. Brown and Juliet G Brown Family Trust dated 3/30/2005 | 7N | 59E | 13 | 0.56 | Fallon County, MT | Lots 7 and 8, Block 5, Lakeside Addition to the City of Baker, Fallon County, Montana. | D-051 - D-054 |
| Wanda Brown | 7N | 59E | 12 | 0.42 | Fallon County, MT | Lot 1, Block 1, Baker Original Townsite to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-055 - D-057 |
| Harry Bumgardner | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 4, Block 4, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-058 - D-060 |

| Landowner | Township | Range | Section | Total Acreage | Location | Legal Description | Exhibit D from Complaint - Page Number |
|---|---|---|---|---|---|---|---|
| James R. Campbell, Jr. | 7N | 59E | 13 | 0.44 | Fallon County, MT | Lots 8 and 9, Block 11, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-061 - D-063 |
| Cave Creek Properties, LLC, a Montana Limited Liability Company | 7N | 59E | 13 | 0.23 | Fallon County, MT | Lots 5 and 6, Block 1, Park Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-064 - D-066 |
| C & D Cattle Company. Inc., a Montana Corporation | 7N | 59E | 12 | 6.74 | Fallon County, MT | A tract of land lying in the NW1/4 of Section 12, Township 7 North, Range 59 East of M.P.M., Fallon County, Montana, more particularly described by metes and bounds as follows:  Commencing at a concrete monument on the westerly right of way of Montana State Highway No. 7 and east-west mid-section line; thence due west along the above said mid-section line for a distance of 204.0' to the southwest corner of the SE1/4NW1/4; thence due North for a distance of 1125.0'; thence due West for a distance of 6.1' to the true point of Tract "B"; thence North 13°32'E for a distance of 947.3'; thence N89°51'E for a distance of 429.18' to the westerly right of way of Montana State Highway No. 7; thence S13°32'W along the westerly right of way of the above said highway for a distance of 948.4'; thence due west for a distance of 428.92' back to the true point of beginning of said tract; containing 9.076, more or less, and being Tract "B" according to the official plat on file in Book 49 Deeds, page 215 of the records of Fallon County, Montana. | D-067 - D-068 |
| C & D Cattle Company. Inc., a Montana Corporation | 7N | 59E | 12 | 2.25 | Fallon County, MT | A tract of land situate in the NW1/4 of Section 12, Township 7 North, Range 59 East of P.M.M., Fallon County, Montana, described as follows:  Beginning at the Southwest Corner of C&D Cattle Tract described in Book 49, Page 215; thence S89°49'21"W along the North side of a 2.25 acres C.O.S. a distance of 150.00 feet to the Northwest corner of said C.O.S.; thence N13°30'35"E parallel to said C&D  Cattle Tract, a distance of 673.90 feet to the south side of a 6.62 acre C.O.S. ; thence N89°51'52"E along the South side of said C.O.S. a distance of 150.00 feet  to the Northwest Corner of said C&D Cattle Tract; thence S13°30'35" along the West side of said C&D Cattle Tract a distance of 673.79 feet to the point of beginning.  Said tract containing 2.25 acres more or less. | D-067 - D-068 |
| Kirby Conley | 7N | 59E | 13 | 0.36 | Fallon County, MT | Lot 7 and the South 2 feet of Lot 8, Block 41, Milwaukee Land Company's Fourth Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-076 - D-078 |
| Kyle Conroy | 7N | 59E | 13 | 0.35 | Fallon County, MT | The South Half of Lot 4 and all of Lot 5, Block 31, Milwaukee Land Company's Second Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-079 - D-081 |
| Country Media, Inc., a Nebraska corporation | 7N | 59E | 13 | 0.12 | Fallon County, MT | Lot 2, Block 1, Park Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-082 - D-084 |
| David J. Crawford and Anna M. Crawford (1/2) | 7N | 59E | 12 | 6.62 | Fallon County, MT | A tract of land located in the N1/2NW1/4 of Section 12, Township 7 North, Range 59 East of P.M.M., Fallon County, Montana, now known as Lot 1 of the Askin Addition to Fallon County, Montana, according to the Certificate of Survey No. 85753 on file in the office of the Fallon County Clerk and Recorder. | D-085 - D-087 |
| Clinton R. Ehret and Daryll Ehret | 7N | 59E | 13 | 0.25 | Fallon County, MT | Lot 7, Block 34, Milwaukee Land Company's Second Addition to the City of Baker, Fallon County, Montana, according to the Amended Plat No. 63277, thereof on file in the office of the Fallon County Clerk and Recorder. | D-091 - D-093 |
| Estate of Dorothy M. Goff (1/12) | 8N | 60E | 30 | 320 | Fallon County, MT | E1/2 | D-094 - D-095 |
| Patsy Ruth Harris (1/4) | 8N | 60E | 30 | 320 | Fallon County, MT | E1/2 | D-094 - D-095 |
| Thomas S. Sargent (1/12) | 8N | 60E | 30 | 320 | Fallon County, MT | E1/2 | D-094 - D-095 |
| Vern J. Nelson and Anne Rita Nelson (1/6) | 8N | 60E | 30 | 320 | Fallon County, MT | E1/2 | D-094 - D-095 |
| Fallon County Veterinary Service, PC | 7N | 59E | 12 | 0.67 | Fallon County, MT | Lot 12, Block 2, Herbst Industrial Subdivision, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder | D-099 - D-101 |

| Landowner | Township | Range | Section | Total Acreage | Location | Legal Description | Exhibit D from Complaint - Page Number |
|---|---|---|---|---|---|---|---|
| Daniel Finken | 7N | 59E | 13 | 0.18 | Fallon County, MT | West Half of the South Half of Lot 3 and the West Half of Lot 4, Block 5, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-102 - D-104 |
| Rick Fisher and Rosella Fisher, and Sam A. Fisher | 7N | 59E | 13 | 0.12 | Fallon County, MT | Tract 2, Joe Steffes, Jr. Subdivision, a tract of land within the corporate limits of the City of Baker, Fallon County, Montana, consisting of .12 of an acre, more or less, and described as follows:  Beginning at a point which bears East a distance of 70.5 feet from the southeast corner of Lot 4, Block 43 of the Milwaukee Land Company's Fourth Addition to the City of Baker and running thence East 124.5 feet; thence North 49° 23' West 76.5 feet; thence West 83 feet; thence South 18°33' East 52.73 feet to the point of the beginning, according to Plat No. 141321 thereof on file in the office of the Fallon County Clerk and Recorder. | D-105 - D-107 |
| Rick Fisher and Rosella Fisher, and Sam A. Fisher | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 5, Block 6, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-105 - D-107 |
| Rick A. Fisher and Rosella Fisher | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 4, Block 6, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-108 - D-111 |
| Sam Fisher, Danielle C Fisher, Rick A. Fisher, and Rosella M. Fisher | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 6, Block 8, Lakeside Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder | D-112 - D-114 |
| Sam Fisher | 7N | 59E | 13 | 0.28 | Fallon County, MT | Lot 5, Block 11, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-115 - D-118 |
| Dustin Lee Gorder | 7N | 59E | 13 | 0.43 | Fallon County, MT | Lots 8 and 9, Block 16, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-122 - D-124 |
| Trisha Graham and Christopher Schell | 7N | 59E | 13 | 0.83 | Fallon County, MT | The West 123 feet of Lot 3, All of Lot 4, the West 113 feet of Lot 5 and the West 90 feet of Lot 6, Block 2, Lakeside Addition, to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-125 - D-127 |
| Jeffrey E. Greenlee | 7N | 59E | 13 | 0.14 | Fallon County, MT | Lot 12AP, Block 16, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-135 - D-137 |
| Sherrie R. Griffin | 7N | 59E | 13 | 0.34 | Fallon County, MT | Lot 1, Block 5, Morris Addition to the City of Baker, Fallon County, Montana, less a strip of land 3' wide along the entire south side of said lot previously sold by deed of conveyance recorded in Book 43 of Deeds, page 384 of records of Fallon County, Montana. | D-138 - D-140 |
| Hanson Lumber Company | 7N | 59E | 12 | 1.22 | Fallon County, MT | Lots 8, 9, 10, 11 and 12, Block 13, Milwaukee Land Company's First Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-144 - D-146 |
| Mary Alice Havens | 7N | 59E | 13 | 0.68 | Fallon County, MT | Lots 7 and 8, Block 16, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-150 - D-152 |
| Anita M. Hayden | 7N | 59E | 1 | 14 | Fallon County, MT | Lot 1 of the Ellis First Minor Subdivision to Fallon County, Montana, according to the official plat thereof, recorded September 6, 2007, as instrument number 88618, on file in the office of the Fallon County Clerk and Recorder. | D-153 - D-154 |
| Cory Heid | 7N | 59E | 13 | 0.26 | Fallon County, MT | Lot 1, Block 3, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-155 - D-157 |
| Heirs of Anitta Pratt (1/9) | 10N | 58E | 26 | 160 | Fallon County, MT | SW1/4 | D-158 - D-159 |
| Heirs of Adelphone Holmes (1/9) | 10N | 58E | 26 | 160 | Fallon County, MT | SW1/4 | D-158 - D-159 |
| Heirs of Walter Olrich (1/9) | 10N | 58E | 26 | 160 | Fallon County, MT | SW1/4 | D-158 - D-159 |
| Heirs of Ena Lightburn (1/9) | 10N | 58E | 26 | 160 | Fallon County, MT | SW1/4 | D-158 - D-159 |
| Heirs of Jennie Breckenridge (1/9) | 10N | 58E | 26 | 160 | Fallon County, MT | SW1/4 | D-158 - D-159 |
| Heirs of Otto Ohlrich (1/9) | 10N | 58E | 26 | 160 | Fallon County, MT | SW1/4 | D-158 - D-159 |
| Heirs of Nina Kaye Ohlrich (1/18) | 10N | 58E | 26 | 160 | Fallon County, MT | SW1/4 | D-158 - D-159 |
| Heirs of Timothy Davis Ohlrich (1/18) | 10N | 58E | 26 | 160 | Fallon County, MT | SW1/4 | D-158 - D-159 |

| Landowner | Township | Range | Section | Total Acreage | Location | Legal Description | Exhibit D from Complaint - Page Number |
|---|---|---|---|---|---|---|---|
| Guy Weimer | 7N | 59E | 13 | 0.37 | Fallon County, MT | The North 90 feet of Lots 1 and 2, Block 6, Hitch Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-163 - D-165 |
| Brett D. Hickey and Brian L. Hickey | 7N | 59E | 13 | 0.321 | Fallon County, MT | Lots 1 and 2, Block 5, Hitch Third Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-177 - D-179 |
| Brett D. Hickey and Brian L. Hickey | 7N | 59E | 13 | 10 | Fallon County, MT | A tract of land in Fallon County, Montana consisting of 10.0 acres described as follows:  Commencing at a point which bears North 400' and West 165.5' from the East One Quarter Section Corner of Section 13, Township 7 North, Range 59 East and runs North 462 feet; thence West 943.5 feet, thence South 462 feet; thence East 943.5 feet to the point of beginning, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder of Fallon County, Montana and recorded in Book 52 of Deeds, Page 63, Document No.3436. | D-177 - D-179 |
| High Plains Group, LLC | 7N | 60E | 18 | 11.77 | Fallon County, MT | Lot 1, Block 4 of Amended Lot 1, Baker Subdivision to the City of Baker, Fallon County, Montana according to the Amended Plant Number 90138, thereof on file in the office of the Fallon County Clerk and Recorder. | D-180 - D-182 |
| Dakota Hincks and Sarah Purdy | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 2, Block 8, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-183 - D-185 |
| Randy S. Hoeger and Brenda L. Hoeger | 7N | 59E | 13 | 0.29 | Fallon County, MT | Commencing at a point on the South Line of Block 25 of said Milwaukee Land Company's Second Addition to Baker, 406 feet East of the Southwest Corner thereof, running thence due east along Montana Avenue 100 feet to a point, thence due North 76 feet to a point on the North line of said Block 25, running thence due West a distance of 100 feet to a point on the North line of said Block, running thence due south 76 feet to the point of beginning. | D-186 - D189 |
| Randy S. Hoeger and Brenda L. Hoeger | 7N | 59E | 12 | 0.1 | Fallon County, MT | A tract of land located in Section 12, Township 7 North, Range 59 East P.M.M., described as follows:  Commencing at a point on the South boundary line of South Quarter of Section 12, 495 feet East of South Quarter Corner, thence running east along said South section line a distance of 253 feet to a point, thence North 82'19" West  along the South boundary line of the R/W of the C.M.St.P.&P. Railway Co. to a point which is due North of the Point of beginning, thence due South from said point and Parallel with the West boundary line of said South quarter to the point of beginning. | D-186 - D189 |
| Holeshot Properties, LLC | 7N | 59E | 13 | 0.36 | Fallon County, MT | West Half of Lots 1 and 2, Block 9, Baker Original Townsite to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-193 - D-196 |
| Holeshot Properties, LLC | 7N | 60E | 18 | 0.67 | Fallon County, MT | Lots 1, 2, 3 and 4, Block 8, Stanhope Second Subdivision, Fallon County, Montana, according to the official plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-193 - D-196 |
| Holeshot Properties, LLC | 7N | 60E | 18 | 0.471 | Fallon County, MT | Lots 6, 7, and 8, Block 2, Stanhope First Addition, commonly known as Stanhope Addition, to Fallon County, Montana, according to the official plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-193 - D-196 |
| Holeshot Properties, LLC | 7N | 60E | 18 | 0.344 | Fallon County, MT | Lots 6 and 7, Block 8, Stanhope Second Subdivision to Fallon County, Montana, according to the official plat thereof, filed August 1, 1956, as instrument number 122525, on file in the office of the Fallon County Clerk and Recorder. | D-193 - D-196 |
| Holeshot Properties, LLC | 7N | 59E | 13 | 0.34 | Fallon County, MT | Lot 3AP, Block 13, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-193 - D-196 |
| Holeshot Properties, LLC | 7N | 59E | 13 | 0.16 | Fallon County, MT | The West 26' of Lot 10, Block 4, Park Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-193 - D-196 |

| Landowner | Township | Range | Section | Total Acreage | Location | Legal Description | Exhibit D from Complaint - Page Number |
|---|---|---|---|---|---|---|---|
| Holeshot Properties, LLC | 7N | 59E | 13 | 0.54 | Fallon County, MT | Lot 11AP, Block 16, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-193 - D-196 |
| Holeshot Properties, LLC | 7N | 59E | 13 | 0.56 | Fallon County, MT | Lots 11 and 12, Block 18, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-193 - D-196 |
| Holeshot Properties, LLC | 7N | 59E | 13 | 0.44 | Fallon County, MT | Lots 9, 10, 11 and 12, Block 3, Park Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-193 - D-196 |
| Holeshot Properties, LLC | 7N | 59E | 13 | 0.35 | Fallon County, MT | South 80 feet of Lots 5 and 6, Block 2, Hitch Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-193 - D-196 |
| LaRita Huether | 7N | 59E | 13 | 0.32 | Fallon County, MT | Lot 1, Block 6, Lakeside Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder | D-197 - D-199 |
| Shawn Huether and Lacinda Huether | 7N | 59E | 13 | 0.82 | Fallon County, MT | Lots 4, 5 and 6, Block 4, Hitch Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder | D-200 - D-203 |
| Shawn Huether and Lacinda Huether | 7N | 59E | 12 | 0.26 | Fallon County, MT | The West 74' of Lots 7 and 8, Block 1, Lakeside Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-200 - D-203 |
| James A. Hufford and Judy R. Hufford | 7N | 59E | 13 | 0.276 | Fallon County, MT | Lot 1 and East Half of Lot 2, Block 1, Hitch Third Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-204 - D-206 |
| Judy L. Hunt | 7N | 59E | 13 | 0.35 | Fallon County, MT | Lot 1, Block 6, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-207 - D-209 |
| J & M Lumber, LLC, a Montana Limited Liability Company | 7N | 59E | 13 | 0.693 | Fallon County, MT | Lots 3AP2 and 4AP2, Block 1, Baker Second Subdivision to the City of Baker, Fallon County, Montana, according to the Final Plat Number 89904, Amended Plat 96441 and Amended Plat 99916 thereof on file in the office of the Fallon County Clerk and Recorder. | D-210 - D-213 |
| J & M Lumber, LLC, a Montana Limited Liability Company | 7N | 60E | 18 | 2.46 | Fallon County, MT | A tract of land out of the NE1/4NW1/4 of Section 18, Township 7 North, Range 60 East, M.P.M., described as follows:  Commencing at the point of intersection of the southerly right-of-way line of State Highway No. 12 with the north-south one-quarter section line of said Section 18, which point bears South 779 feet from the north one-quarter section corner of said Section 18 and running thence south along the said one-quarter section line a distance of 300 feet, thence North 74°43' West a distance of 311 feet, thence north along a line parallel with the said north-south one-quarter section line a distance of 300 feet, thence southeasterly along the southerly right-of-way line of said Highway No. 12 to the point of beginning, less 0.47 acres as described in Certificate of Survey No.28445 recorded in Book 87 of Misc. page 317 of the records of Fallon County Clerk and Recorder. | D-210 - D-213 |
| J & M Lumber, LLC, a Montana Limited Liability Company | 7N | 59E | 13 | 0.35 | Fallon County, MT | Lot 12, Block 11, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-210 - D-213 |
| Kolter Jeppesen | 7N | 59E | 13 | 0.241 | Fallon County, MT | Lot 10 and the South 25 feet of Lot 11, Block 41, Milwaukee Land Company's Fourth Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-214 - D-216 |
| Joletha Jeude | 7N | 59E | 13 | 0.4104 | Fallon County, MT | The East 100 feet of Lot 1 and the East 100 feet of the North 12 feet of Lot 2, Block 10, Baker Original Townsite to the City of Baker, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-217 - D-219 |
| Joletha Jeude | 7N | 59E | 13 | 0.16 | Fallon County, MT | The East 129 feet of Lot 9, Block 2, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-217 - D-219 |

| Landowner | Township | Range | Section | Total Acreage | Location | Legal Description | Exhibit D from Complaint - Page Number |
|---|---|---|---|---|---|---|---|
| Rodney T. Johnson and Valerie J. Johnson | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 8, Block 42, Milwaukee Land Company's Fourth Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-220 - D-222 |
| Sandra A. Judge | 7N | 59E | 13 | 0.35 | Fallon County, MT | Lot 3, Block 4, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-223 - D-225 |
| Otis Kapps and Mary Kapps | 7N | 59E | 13 | 0.241 | Fallon County, MT | West Half of Lot 2 and All of Lot 3, Block 1, Hitch Third Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-226 - D-228 |
| Herbert A. Ketterling and Leilani M. Ketterling as Trustees of the Herbert A. & Leilani Ketterling Family Trust dated August 31, 2001 | 7N | 59E | 13 | 0.43 | Fallon County, MT | Lot 7, Block 14, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-229 - D-231 |
| Scott W. Kilsdonk and Michelle E. Kilsdonk | 7N | 59E | 13 | 0.56 | Fallon County, MT | Lots 5 and 6, Block 9, Hitch Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder.K112 | D-232 - D-234 |
| Dallas King | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 2, Block 2, Lakeside Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-235 - D-237 |
| David B. Kono and Penny Kono | 7N | 60E | 18 | 0.688 | Fallon County, MT | Lots 1, 2, 3, 4, and 5, Block 13, Stanhope Fifth Subdivision, being a tract in NE1/4 Section 18, Township 7 North, Range 60 East of P.M.M., Fallon County, Montana, according to the official plat of said Stanhope Fifth Subdivision on file in the office of the Fallon County Clerk and Recorder. | D-238 - D-240 |
| Clarence R. Kreager and Ann Kreager | 7N | 59E | 13 | 0.77 | Fallon County, MT | Lots 1, 2, and 3, Block 13, Hitch Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-244 - D-246 |
| Steven Lampasano | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 2, Block 8, Lakeside Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder | D-247 - D-249 |
| John E. Lawler Sr., Trustee of the Grace L. Lawler Family Trust and John E. Lawler, Trustee of The Lawler Family Trust | 7N | 59E | 13 | 0.12 | Fallon County, MT | Lot 10, Block 4, Baker Original Townsite to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder | D-250 - D-252 |
| Estate of Laurel Ann Lawrence | 7N | 60E | 18 | 3.15 | Fallon County, MT | A tract of land in the NE1/4NW1/4 of Section 18, Township 7 North, Range 60 East in Fallon County, Montana, described as follows:  Beginning at a point which bears South 697 feet and West 300 feet from the North one quarter section corner of said Section 18 and running thence South 300 feet, thence N79°2' West 408 feet, thence North 300 feet, thence southeasterly along the southerly right-of-way line of State Highway No. 12 to the point of beginning, containing 3.15 acres, more or less. | D-253 - D-255 |
| Estate of Laurel Ann Lawrence | 7N | 60E | 18 | 3.71 | Fallon County, MT | A tract of land in the SW1/4NE1/4 of Section 18, Township 7 North, Range 60 East, more particularly described as follows:  Beginning at a point which bears east 52 feet from the southwest corner of said SW1/4NE1/4 of Section 18 and running thence north 377 feet, thence east 428.7 feet, thence south 377 feet, thence west 428.7 feet along the forty line to the point of beginning, consisting of 3.71 acres, more or less. | D-253 - D-255 |
| Donavan J. Lorbiecke | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 3, Block 7, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-265 - D-267 |
| Larry Losing and Norma Lee Losing | 7N | 59E | 13 | 0.44 | Fallon County, MT | Lots 10 and11, Block 11, Hitch Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-268 - D-270 |
| William Losing | 7N | 59E | 13 | 0.35 | Fallon County, MT | Lot 4 and North Half of Lot 5, Block 35, Milwaukee Land Company's Second Addition to the City of Baker, Fallon County, Montana, according to the official plat, thereof on file in the office of the Fallon County Clerk and Recorder. | D-271 - D-273 |
| Roy Madsen and Susan Madsen | 7N | 59E | 13 | 0.35 | Fallon County, MT | Lot 6, Block 6, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-274 - D-276 |

| Landowner | Township | Range | Section | Total Acreage | Location | Legal Description | Exhibit D from Complaint - Page Number |
|---|---|---|---|---|---|---|---|
| Bryon Malkuch and Jackie Malkuch | 7N | 59E | 13 | 0.56 | Fallon County, MT | That Portion of Block 12 of the Hitch Addition to the City of Baker, Fallon County, Montana, described as follows:  Beginning on the west line of said Block 12, a distance of 118.43 feet due North of the Southwest corner of Block 12; thence running North along the West line of Block 12 a distance of 111.40 feet to the point; thence due East a distance of 150 feet to the East line of Block 12 to a point, which point is 229.63 feet North of the Southeast corner of said Block 12; running thence due South along the East line of said Block 12 a distance of 111.20 feet to a point; thence due West a distance of 150 feet to the West line of said Block 12, being the place of beginning. | D-277 - D-279 |
| Bryon Malkuch and Jackie Malkuch | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 8, Block 6, Hitch Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-277 - D-279 |
| Judy K. McWilliams | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 3, Block 9, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-280 - D-282 |
| Jerry Mellon and Beverly Winkley | 7N | 60E | 18 | 0.275 | Fallon County, MT | Lots 6 and 7, Block 12, Stanhope Fourth Subdivision, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder | D-286 - D-288 |
| Midwestern Reality Investments, LLC | 7N | 59E | 12 | 0.95 | Fallon County, MT | Lots 8, 9, 10, 11 and 12, Block 21, Milwaukee Land Company's First Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-289 - D-293 |
| Midwestern Reality Investments, LLC | 7N | 59E | 13 | 0.58 | Fallon County, MT | Lots 7 and 8, Block 35, Milwaukee Land Company's Second Addition to the City of Baker, Fallon County, Montana, according to the official plat, thereof on file in the office of the Fallon County Clerk and Recorder. | D-289 - D-293 |
| Midwestern Reality Investments, LLC | 7N | 59E | 13 | 0.33 | Fallon County, MT | The South 3 feet of Lot 1, All of Lot 2, and the North half of Lot 3, Block 5, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-289 - D-293 |
| Midwestern Reality Investments, LLC | 7N | 59E | 13 | 0.37 | Fallon County, MT | Lot 4AP, Block 11, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-289 - D-293 |
| Montana Bank of Baker | 7N | 59E | 13 | 0.46 | Fallon County, MT | Lots 6 and 7, Block 3, Baker Original Townsite to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-294 - D-296 |
| Rodney W. Morris and Patricia A. Morris | 7N | 59E | 13 | 0.55 | Fallon County, MT | The West 75 feet of Lots 7 and 8 and All of Lot 9, Block 10, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-302 - D-304 |
| Gerald D. Moser | 7N | 59E | 13 | 0.35 | Fallon County, MT | The South 25 feet of Lot 5 and All of Lot 6, Block 35, Milwaukee Land Company's Second Addition to the City of Baker, Fallon County, Montana, according to the official plat, thereof on file in the office of the Fallon County Clerk and Recorder. | D-305 - D-307 |
| Jason Ness (1/2) | 7N | 59E | 12 | 0.14 | Fallon County, MT | The East 75 feet of Lot 9, Block 2, Baker Original Townsite to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-314 - D-316 |
| Blaine Ness (1/2) | 7N | 59E | 12 | 0.14 | Fallon County, MT | The East 75 feet of Lot 9, Block 2, Baker Original Townsite to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-314 - D-316 |
| Carl Overland | 7N | 59E | 13 | 0.26 | Fallon County, MT | Lot 4, Block 3, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-327 - D-329 |
| Rick Pool | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 4, Block 9, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-330 - D-332 |
| Justin I. Qualley and Chyanne Qualley | 7N | 59E | 13 | 0.35 | Fallon County, MT | Lot 7, Block 29, Milwaukee Land Company's Second Addition  to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-336 - D-338 |

| Landowner | Township | Range | Section | Total Acreage | Location | Legal Description | Exhibit D from Complaint - Page Number |
|---|---|---|---|---|---|---|---|
| R&C Club, LLC | 7N | 59E | 12 | 0.44 | Fallon County, MT | Lots 2 and 3, Block 5, Baker Original Townsite to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-339 - D-341 |
| Trevor Sander | 7N | 59E | 13 | 0.44 | Fallon County, MT | Lots 2 and 3, Block 18, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-342 - D-344 |
| Maximilion Edward Leicht (1/27) | 7N | 60E | 18 | 6.68 | Fallon County, MT | That part of Lot 1 lying north of the railroad right of way in Section 18, Township 7 North, Range 60 East of M.P.M., Fallon County, Montana. | D-345 - D-347 |
| Chase Talcott Leicht (1/27) | 7N | 60E | 18 | 6.68 | Fallon County, MT | That part of Lot 1 lying north of the railroad right of way in Section 18, Township 7 North, Range 60 East of M.P.M., Fallon County, Montana. | D-345 - D-347 |
| Aaron Peter Wolleson (1/27) | 7N | 60E | 18 | 6.68 | Fallon County, MT | That part of Lot 1 lying north of the railroad right of way in Section 18, Township 7 North, Range 60 East of M.P.M., Fallon County, Montana. | D-345 - D-347 |
| Richard S. Leight (1/9) | 7N | 60E | 18 | 6.68 | Fallon County, MT | That part of Lot 1 lying north of the railroad right of way in Section 18, Township 7 North, Range 60 East of M.P.M., Fallon County, Montana. | D-345 - D-347 |
| Peter C. Wolleson (1/6) | 7N | 60E | 18 | 6.68 | Fallon County, MT | That part of Lot 1 lying north of the railroad right of way in Section 18, Township 7 North, Range 60 East of M.P.M., Fallon County, Montana. | D-345 - D-347 |
| Neal J. Schneider | 7N | 59E | 13 | 1.141 | Fallon County, MT | Lot 1 according to the Amended Plat of the east portion of Block 4, Lakeside Addition and All of Block 4, Campbell First Addition to the City of Baker, Fallon County, Montana, showing a rearrangement of the lots within the original boundaries of said blocks according to the official plat thereof as filed in the office of the Fallon County Clerk and Recorder on October 18, 1967, file No. 4527, being a lot now measuring 75 feet x 192.2 feet according to the amended plat. | D-348 - D-350 |
| Ben Slagter and Monty Slagter | 7N | 59E | 13 | 0.27 | Fallon County, MT | All of Lot 11 and the South 17' of Lot 12, Block 1, Lakeside Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-354 - D-356 |
| Ben Slagter and Monty Slagter | 7N | 59E | 13 | 0.734 | Fallon County, MT | Lots 1, 2, 3, 4 and 5 less a tract of land described in Book 88 Page 173, Block 1, Lakeside Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-354 - D-356 |
| Ben Slagter and Monty Slagter | 7N | 59E | 13 | 0.43 | Fallon County, MT | Lot 6, Block 14, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-354 - D-356 |
| Dale Smith and Lila Smith | 7N | 59E | 12 | 0.91 | Fallon County, MT | Lot 1, 2 and 16, Block 12, Milwaukee Land Company's First Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-357 - D-359 |
| Debbie Smith | 7N | 59E | 13 | 0.56 | Fallon County, MT | Lots 5 and 6, Block 13, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-360 - D-362 |
| Justin Stastny | 7N | 59E | 12 | 0.23 | Fallon County, MT | Lot 4, Block 20, Milwaukee Land Company's First Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-372 - D-374 |
| Marisa Maree Kay Straub | 7N | 59E | 13 | 0.32 | Fallon County, MT | Lot 9AP, Block 11, Hitch Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-378 - D-380 |
| Kyle Sturgill-Simon | 7N | 59E | 13 | 0.35 | Fallon County, MT | Lot 1, Block 5, Hitch Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder | D-381 - D-383 |
| Twana Thomas (1/2) | 7N | 59E | 13 | 0.27 | Fallon County, MT | Lot 9, Block 29, Milwaukee Land Company's Second Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-387 - D-389 |

| Landowner | Township | Range | Section | Total Acreage | Location | Legal Description | Exhibit D from Complaint - Page Number |
|---|---|---|---|---|---|---|---|
| Vicki Grimmett (1/2) | 7N | 59E | 13 | 0.27 | Fallon County, MT | Lot 9, Block 29, Milwaukee Land Company's Second Addition  to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-387 - D-389 |
| Roy Tisdell | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 5, Block 9, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-390 - D-392 |
| Clint Townsend | 7N | 59E | 13 | 0.43 | Fallon County, MT | Lot 6, Block 16, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-393 - D-395 |
| Tyler Travis (1/2) | 7N | 59E | 13 | 0.44 | Fallon County, MT | Lots 8 and 9, Block 15, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-396 - D-398 |
| Debra Yagus (1/2) | 7N | 59E | 13 | 0.44 | Fallon County, MT | Lots 8 and 9, Block 15, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-396 - D-398 |
| Harvey C. Vilhauer and Beverely Vilhauer | 7N | 59E | 13 | 0.58 | Fallon County, MT | Lots 5AP and 6, Block 1, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-399 - D-401 |
| Cindy Wang | 7N | 59E | 13 | 0.35 | Fallon County, MT | West 121 feet of Lot 12, Block 17, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-402 - D-404 |
| Sandra Weiler | 7N | 59E | 13 | 0.55 | Fallon County, MT | West 90 feet and East 70 feet of the West 160 feet (being Lots 1 and 2), Block 25, Milwaukee Land Company's Second Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder | D-405 - D-407 |
| Edward L. Williams and Darlene G. Williams | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 3, Block 28, Milwaukee Land Company's Second Addition  to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-411 - D-413 |
| Peter T. Wilson (1/2) | 7N | 59E | 13 | 0.4 | Fallon County, MT | Lot 12, Block 8, Hitch Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-414 - D-416 |
| Kay A. Wiman (1/2) | 7N | 59E | 13 | 0.4 | Fallon County, MT | Lot 12, Block 8, Hitch Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-414 - D-416 |
| Kay. A. Wood | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 11, Block 8, Hitch Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-417 - D-419 |
| H. Jasen Wyrick and Heidi Wyrick | 7N | 59E | 1 | 6.45 | Fallon County, MT | A tract of land lying in the SE1/4SE1/4 of Section 1, Township 7 North, Range 59 East of M.P.M., Fallon County, Montana, more particularly described by metes and bounds as follows:  Beginning at a point 50 feet north and 1523.12 feet east of the south quarter of said Section 1, thence N 0°04' W and perpendicular to the south section line a distance of 660 feet; thence N 89°56' E a distance of 340 feet; thence S 30°39' E a distance of 230 feet; thence S 4°27' W a distance of 465 feet; thence S 89°56' W and parallel to the south section line a distance of 419 feet to the point of beginning. | D-420 - D-424 |
| Jed A. Wyrick | 7N | 59E | 13 | 0.36 | Fallon County, MT | Lot 7, Block 14, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-425 - D-427 |
| William D. Wyrick and Deborah D. Wyrick | 7N | 59E | 13 | 0.35 | Fallon County, MT | Lot 7, Block 2, Savage Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder | D-428 - D-431 |
| David M. Ziemer and  Veroneka M. Ziemer | 7N | 59E | 13 | 0.08 | Fallon County, MT | Lot 1A, Block 34, Milwaukee Land Company's Second Addition to the City of Baker, Fallon County, Montana, according to the Amended Plat No. 63277, thereof on file in the office of the Fallon County Clerk and Recorder. | D-432 - D-434 |

Carl Overland and Wanda Brown

| Landowner | Township | Range | Section | Total Acreage | Location | Legal Description | Exhibit D from Complaint - Page Number |
|---|---|---|---|---|---|---|---|
| Wanda Brown | 7N | 59E | 12 | 0.42 | Fallon County, MT | Lot 1, Block 1, Baker Original Townsite to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-055 - D-057 |
| Carl Overland | 7N | 59E | 13 | 0.26 | Fallon County, MT | Lot 4, Block 3, Morris Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-327 - D-329 |

Counterclaim Landowners

| Landowner | Township | Range | Section | Total Acreage | Location | Legal Description | Exhibit D from Complaint - Page Number |
|---|---|---|---|---|---|---|---|
| Nicole Leigh Adamson | 7N | 60E | 18 | 1.33 | Fallon County, MT | Lot 4, Block 1 of Amended Lot 1, Baker Subdivision to the City of Baker, Fallon County, Montana according to the Amended Plant Number 90138, thereof on file in the office of the Fallon County Clerk and Recorder. | D-004 - D-006 |
| Trey Adamson, LLC | 7N | 59E | 12 | 0.56 | Fallon County, MT | Lots 1 and 2, Block 22, Milwaukee Land Company's First Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-007 - D-009 |
| Batterman Properties, LLC | 7N | 59E | 13 | 0.16 | Fallon County, MT | West half of Lot 1, Block 8, Baker Original Townsite to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-022 - D-024 |
| Erna Greenlee | 7N | 59E | 13 | 0.22 | Fallon County, MT | Lot 2, Block 5, Hitch Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-132 - D-134 |
| Erna Greenlee | 7N | 59E | 13 | 0.43 | Fallon County, MT | Lot 8, Block 13, Morris Second Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-132 - D-134 |
| Wei Jun Li and Shao Hua Kuang | 7N | 59E | 13 | 0.35 | Fallon County, MT | Lots 4, 5, and 6, Block 7, Baker Original Townsite to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-259 - D-261 |
| Dora G. Leyba and William B. Nelson | 7N | 59E | 13 | 0.35 | Fallon County, MT | Lot 1, Block 7, Hitch Addition to the City of Baker, Fallon County, Montana, according to the Official Plat thereof, on file in the office of the Fallon County Clerk and Recorder. | D-311 - D-313 |
| Straub Heating & Cooling, LLC | 7N | 59E | 13 | 0.36 | Fallon County, MT | Lot 7, Block 5,  Baker Original Townsite to the City of Baker, Fallon County, Montana, according to the official plat thereof on file in the office of the Fallon County Clerk and Recorder. | D-375 - D-377 |
| Ellen C. Dockter | 7N | 59E | 13 | 0.44 | Fallon County, MT | Lots 8 & 9, Block 15, Savage Addn. to the City of Baker | Defendant was added in Answer and Counterclaim [023] |