UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WBI ENERGY TRANSMISSION INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUBSURFACE EASEMENTS FOR THE STORAGE OF NATURAL GAS IN THE JUDITH RIVER SUBTERRANEAN GEOLOGICAL FORMATION, ET AL., <br><br> Defendants. | Case No. CV-18-88 -BLG-SPW <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

SEE ORDER- docket entry 97; Plaintiff WBI Energy Transmission, Inc.'s Motion for Summary Judgment as to the Non-Participating Landowners; Motion for Summary Judgment as to Defendants Carl Overland and Wanda Brown; and Motion for Summary Judgment as to the Counterclaim Landowners are GRANTED.

Dated this 10th day of August, 2020.

TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
A. Carrillo, Deputy Clerk